

# Fourth Court of Appeals
## San Antonio, Texas

January 29, 2015

No. 04-13-00892-CV

Dora **GULLEY**,
Appellant

v.

**STATE FARM LLOYDS**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-03371
Honorable Solomon Casseb, III, Judge Presiding

# O R D E R

The Appellant's Unopposed Motion to Extend Time to File Motion for Rehearing is GRANTED. The appellant's motion for rehearing is due on February 3, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court